# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH PORTER** | **CIVIL ACTION** |
| **VERSUS** | |
| **EAST BATON ROUGE PARISH PRISON, ET AL.** | **NO. 20-00486-BAJ-SDJ** |

## RULING AND ORDER

On July 22, 2020, the *pro se* Plaintiff, a person confined at the East Baton Rouge Parish Prison, filed a Complaint (Doc. 1) alleging a violation of his constitutional rights. Plaintiff did not submit his Complaint on an approved form and did not pay the Court's filing fee or submit a Motion to Proceed *in Forma Pauperis*. By correspondence dated August 5, 2020 (Doc. 2), the Court directed Plaintiff to correct the aforementioned deficiencies within 21 days and advised that failure to do so would result in dismissal of his suit without further notice.

A review of the record reflects that, despite notice and an opportunity to appear, Plaintiff has failed to respond to the Court's directives. As such, Plaintiff's action shall be dismissed, without prejudice, for failure to correct the deficiencies of which he was notified.

Accordingly,

**IT IS ORDERED** the above-captioned proceeding be **DISMISSED**,

**WITHOUT PREJUDICE**.  Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 7th day of October, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**